[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 06-11150
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 7, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00301-CV-BBM-1

MICHAEL P. MURPHY,

                                        Plaintiff-Appellant,

versus

MICHELLE MARTIN, et al.,

                                        Defendants,

OFFICER JOHNS,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

**(July 7, 2006)**

Before DUBINA, BLACK and HULL, Circuit Judges.

PER CURIAM:

Michael P. Murphy appeals the district court's grant of summary judgment to Officer Courtney Johns in Murphy's 42 U.S.C. § 1983 action. Murphy asserts the district court erred in: (1) holding he had not exhausted his remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a); (2) concluding an action cannot be brought under § 1983 for violations of civil rights that are defined as "torture" under 18 U.S.C. § 2340A; and (3) declining to exercise supplemental jurisdiction over his remaining state law claims. After a de novo review of the parties' arguments and the record, we affirm for the reasons stated in the district court's well-reasoned February 13, 2006, Order granting Johns' motion for summary judgment.

AFFIRMED.